1   STUART G. GROSS (#251019)
    sgross@gross-law.com
2   DANIEL C. GOLDBERG (#287923)
    dgoldberg@gross-law.com
3   **GROSS LAW, P.C.**
    The Embarcadero
4   Pier 9, Suite 100
    San Francisco, CA 94111
5   t (415) 671-4628
    f (415) 480-6688
6
7
8   *Counsel for Defendant*

9

10                    **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12                          **OAKLAND DIVISION**

13

14

15  **THE RELIGIOUS AND CHARITABLE**          **CASE NO. 15-cv-04584-KAW**
    **RISK POOLING TRUST OF THE**
16  **BROTHERS OF THE CHRISTIAN**             **STIPULATION AND [PROPOSED]**
    **SCHOOLS AND AFFILIATES,**               **ORDER REMANDING CASE TO**
17                                            **SAN FRANCISCO SUPERIOR**
                    Plaintiffs,               **COURT**
18
            v.
19
    **CYNTHIA MAUER, a.k.a, CINDY**
20  **MAUER, and DOES 1 THROUGH 10**

                    Defendants.
21

22

23

24

25

26

27

28

GROSS LAW, P.C.
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA
94111

WHEREAS Plaintiff Religious and Charitable Risk Pooling Trust of the Brothers of the Christian Schools and Affiliates ("Plaintiff") commenced a civil action in the Superior Court of San Francisco titled: *The Religious and Charitable Risk Pooling Trust of the Brothers of the Christian Schools and Affiliates v. Cynthia Mauer*, Case Number CGC-14-544195 (the "Pending Action");

WHEREAS Defendant Cynthia Mauer ("Defendant") subsequently removed the Pending Action to this Court solely on the basis of diversity jurisdiction;

WHEREAS Defendant's removal was in error under 28 U.S.C. section 1441(b)(2) because Defendant is a citizen of the State of California;

WHEREAS counsel for Plaintiff has authorized the undersigned counsel for Defendant to electronically sign this stipulation on his behalf; and

WHEREAS, Plaintiff reserves all rights to file a motion for remand in the event that this stipulation is not accepted by the Court;

IT IS HEREBY STIPULATED BY AND BETWEEN DEFENDANT AND PLAINTIFF THROUGH THEIR UNDERSIGNED COUNSEL, SUBJECT TO COURT APPROVAL:

1. The Pending Action is remanded to the Superior Court of San Francisco.

2. The parties will bear their own attorneys' fees and costs.

Dated: October 8, 2015          GROSS LAW, P.C.


By:___*/s/Stuart G. Gross*_____
           Stuart G. Gross

*Counsel for Defendant*


Dated: October 8, 2015          WEINTRAUB TOBIN CHEDIAK
                                COLEMAN GRODIN


By:___*/s/Daniel C. Zamora*_____
           Daniel C. Zamora

*Counsel for Plaintiff*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: __10/13/15_____     By: __*Kandis Westmore*_____

The Honorable Judge Kandis A. Westmore

GROSS LAW, P.C.
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA
94111

STIPULATION AND [PROPOSED] ORDER REMANDING CASE TO SAN FRANCISCO SUPERIOR COURT; NO. 15-cv-04584-KAW

2